NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
29663
25-MAY-2012
10:55 AM

NO. 29663

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ANN SHANNON BOWERS, as Trustee of the
ANN SHANNON BOWERS REVOCABLE TRUST OF 1995,
DATED DECEMBER 16, 1995, and JAMES AUSTIN BOWERS,
Plaintiffs-Appellants
v.
ASSOCIATION OF APARTMENT OWNERS OF KEAUHOU KONA
SURF & RACQUET CLUB, INC., Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 05-1-19K)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on March 21, 2012, is hereby corrected as follows:

On page 6, in the attorney credits section, attorney Mark G. Valencia should be added for Defendant-Appellee, as well as the firm name of Case Lombardi & Pettit, LLC, so that as corrected the attorney credits for Defendant-Appellee read:

John D. Zalewski
Mark G. Valencia
(Case Lombardi & Pettit, LLC)
for Defendant-Appellee

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, May 25, 2012.

FOR THE COURT:

Chief Judge

---

[1] Nakamura, Chief Judge, and Foley and Fujise, JJ.